# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO MORAN,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　Respondent. | No. CV 21-01676-SVW (DFM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file objections by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Petitioner's motion to stay is DENIED and that Judgment be entered denying the Petition and dismissing this action without prejudice.

Date: February 1, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge